**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| **DISH NETWORK L.L.C**, | |
| Plaintiff, | Civil Action No. 1:19-cv-1262 |
| v. | |
| **SERVERLOGY CORPORATION and DOES 1-5, individually and together d/b/a East IPV,** | |
| Defendants. | |

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that the undersigned hereby appears as counsel of record for

Defendant **SERVERLOGY CORPORATION** in the above captioned matter.

Dated:   August 9, 2019                    THE LAW OFFICE OF JAMES TOBIA, LLC

By:   _/s/ James Tobia_                    .
                    James Tobia (No. 3798)
                    1716 Wawaset Street
                    Wilmington, Delaware 19806
                    Telephone:  (302) 655-5303
                    Facsimile:  (302) 656-8053

                    *Attorney for Defendant*
                    *Serverlogy Corporation*