IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| DISH NETWORK, L.L.C., | : |
| Plaintiff, | : |
| v. | : Civil Action No. 19-1262-RGA |
| SERVERLOGY CORPORATION, et al., | : |
| Defendants. | : |

**ORDER SETTING RULE 16(b) CONFERENCE**

1. A scheduling conference pursuant to Fed. R. Civ. P. 16(b) will be held on **Monday, September 16, 2019, at 10:00 a.m.**, in the Chambers of the Honorable Richard G. Andrews, Room 6325 of the Boggs Federal Building, 844 King Street, Wilmington, Delaware. Plaintiff's local counsel shall coordinate a dial in number for any out of town counsel wishing to participate but not physically being able to do so.

2. Parties shall confer about scheduling and discovery limitations, and attempt to reach agreement. The parties shall use as a basis for discussion the Court's "Rule 16 Scheduling Order – patent," available on the Court's website. No later than 48 hours before the scheduling conference, the parties shall file a proposed scheduling order using the "Rule 16 Scheduling Order - patent."

3. The parties shall direct any requests or questions regarding the scheduling or management of this case to the Court's Case Manager at (302) 573-6137.

_August 29, 2019_  
Date

United States District Judge