IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

DISH NETWORK L.L.C,

    Plaintiff,

v.

SERVERLOGY CORPORATION and
DOES 1-5, individually and together d/b/a
East IPV,

    Defendants.

Civil Action No. 1:19-cv-1262-RGA

## ORDER GRANTING MOTION TO WITHDRAW AS COUNSELS FOR THE DEFENDANT SERVERLOGY CORPORATION

Before the Court is the Motion to Withdraw as Counsels for Defendant Serverlogy Corporation (the "Motion") brought by James Tobia, Esq. of the Law Office of James Tobia, LLC and Karl W. Roth, Esq. and William P. Foley, Esq. of Roth Law Group LLC (the "Movants") to withdraw appearances as counsels for Defendant Serverlogy Corporation; and it appearing to the Court from the Motion and the representations of counsels that Defendant Serverlogy Corporation was given adequate notice of the Motion and of counsels' desire to withdraw from representation; and there being good cause to allow the Motion;

NOW, THEREFORE, the Court finds as a fact and concludes as a matter of law that good cause exists to allow the Movants to withdraw as counsels for Defendant Serverlogy Corporation in this case, and it is hereby ORDERED; ~~ADJUDGED AND DECREED~~ that:

1. The relief requested in the Motion is hereby GRANTED.

2. James Tobia, Esq. of the Law Office of James Tobia, LLC and Karl W. Roth, Esq. and William P. Foley, Esq. of Roth Law Group LLC are permitted to withdraw as counsels of record for Defendant Serverlogy Corporation.

3. Defendant Serverlogy Corporation shall retain new counsel who shall appear on its behalf in this action no later than thirty (30) days from the date of this Order. Failure to do so will result in the striking of Defendant's Answer and a default will be entered against it.

4. Withdrawing counsel shall provide the Plaintiff's counsel by Dec. 23, 2019, with the last known addresses for each Serverlogy Corporation and its principal, Mr. Shahman and so certify that the last known addresses are provided based on current information in counsels' possession.

~~3. James Tobia, Esq. of the Law Office of James Tobia, LLC and Karl W. Roth, Esq. and William P. Foley, Esq. of Roth Law Group LLC are relieved of any and all further obligations on behalf of Defendant Serverlogy Corporation.~~

5. Until the entry of appearance of Defendant's new counsel, all future pleadings, motions, discovery and any and all other communications concerning this matter will be addressed to Defendant Serverlogy Corporation at:

> Serverlogy Corporation
> c/o Agents And Corporations, Inc.
> 1201 Orange St., Ste 600
> One Commerce Center
> Wilmington, DE 19801
>
> - and -
>
> Serverlogy Corporation
> c/o Ahmad Al Shahman
> ahmad.shm@protonmail.com

6. Withdrawing Counsel shall promptly serve a copy of this Order upon Defendant, Serverlogy.

Dated: Dec. 20, 2019

So Ordered.

~~The Honorable Richard G. Andrews~~
Sherry R. Fallon
U.S. Magistrate Judge