**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| **DISH NETWORK L.L.C**, | |
| Plaintiff, | Civil Action No. 1:19-cv-1262-RGA |
| v. | |
| **SERVERLOGY CORPORATION and DOES 1-5, individually and together d/b/a East IPV,** | |
| Defendants. | |

## NOTICE OF SERVICE

I, James Tobia, former attorney for Defendant Serverlogy Corporation, hereby certify that I did serve:

1.      Certification of Withdrawing counsel James Tobia, Esq. and Certification of Withdrawing counsel Karl W, Roth, Esq., upon Plaintiff's counsel of record via email on December 23, 2019 to

Stephen M. Ferguson, Esq.                          Roger D. Smith II, Esq.
Hagan Noll & Boyle, LLC                            Morris, Nichols, Arsht & Tunnell LLP
via email to:  Stephen.Ferguson@hnbllc.com         via email to: rsmith@mnat.com

2.      Order Granting Motion to Withdraw as Counsel for the Defendant Serverlogy Corporation:

Upon Defendant on December 23, 2019 via electronic mail to

     Serverlogy Corporation
     c/o Ahmad Al Shahman
     ahmad.shm@protonmail.com

And again upon Defendant on December 26, 2019 by certified mail to:

     Serverlogy Corporation
     c/o Agents And Corporations, Inc.
     1201 Orange St.,  Ste 600
     One Commerce Center
     Wilmington, DE 19801

Dated:    January 22, 2020            THE LAW OFFICE OF JAMES TOBIA, LLC

                    By:     */s/ James Tobia*                    .
                         James Tobia (No. 3798)
                         1716 Wawaset Street
                         Wilmington, Delaware 19806
                         Telephone:  (302) 655-5303
                         Facsimile:  (302) 656-8053