IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

DISH NETWORK L.L.C., )
)
Plaintiff, )
v. )
) C.A. No. 19-1262 (RGA) (SRF)
SERVERLOGY CORPORATION and )
DOES 1-5, individually and together )
d/b/a East IPTV, )
Defendants. )

## [PROPOSED] ORDER ENTERING DEFAULT AGAINST DEFENDANT SERVERLOGY CORPORATION

WHEREAS, Defendant Serverlogy Corporation ("Serverlogy"), a Delaware corporation, was served through its registered agent with the summons and original Complaint on July 8, 2019 (D.I. 4; D.I. 1 ¶ 4);

WHEREAS, Serverlogy filed an Answer on August 23, 2019 (D.I. 8);

WHEREAS, the Court granted a motion to withdraw as counsel for Serverlogy on December 20, 2019, requiring Serverlogy to retain new counsel within 30 days, and ordering that Serverlogy's failure to retain new counsel to appear on its behalf within the time prescribed would result in the striking of Serverlogy's Answer (D.I. 8) and entry of default against it (D.I. 30, ¶ 3); and

WHEREAS, Serverlogy failed to retain new counsel to appear on its behalf before the deadline set by the Court;

IT IS HEREBY ORDERED that the Clerk of the Court shall strike the Answer filed by Serverlogy on August 23, 2019 (D.I. 8), and shall enter default against Serverlogy pursuant to Fed. R. Civ. P. 55(a).

Dated: February 5, 2020

JUDGE RICHARD G. ANDREWS
UNITED STATES DISTRICT COURT JUDGE

4