IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| DISH NETWORK, L.L.C., | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | Civil Action No. 19-1262-RGA |
| | : | |
| SERVERLOGY CORPORATION, and | : | |
| DOES 1-5, individually and together | : | |
| d/b/a East IPTV, | : | |
| | : | |
| Defendants. | : | |

## CLERK'S ENTRY OF DEFAULT

AND NOW TO WIT THIS 5th day of February, 2020, the Plaintiff Dish Network, L.L.C. has filed a Request for Entry of Default (D.I. 33).

It appearing from the Request for Entry of Default (D.I. 33), and the Order authorizing the entry of Default against Defendant Serverlogy Corporation (D.I. 34) that default may be entered.

Therefore, IT IS HEREBY ORDERED, in accordance with Federal Rule of Civil Procedure 55(a) that a default is hereby **ENTERED** against defendant Serverlogy Corporation.

John A. Cerino, Clerk

By _____
DEPUTY CLERK