

OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
844 N KING STREET, UNIT 18
WILMINGTON, DELAWARE 19801-3570

OFFICIAL BUSINESS

FILED

MAR 09 2020

US DISTRICT COURT
DISTRICT OF DELAWARE

NEOPOST          FIRST—CLASS M

02/05/2020
US POSTAGE $00 0.50

ZIP 1980
041L 11255

U.S.M.S.
X-RAY

280 Summer street
Boston, MA 02210
U.S.A.

Serverlogy Corporation
c/o Agents and Corporations, Inc.

NIXIE        015    DC 1        0003/04/20

RETURN TO SENDER
NOT DELIVERABLE AS ADDRESSED
UNABLE TO FORWARD

BC: 19801357099      *2827-13374-06-40

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

DISH NETWORK, L.L.C.,      :
                                    :

         Plaintiff,       :

                                    :

         v.             :        Civil Action No. 19-1262-RGA

                                    :

SERVERLOGY CORPORATION, and     :
DOES 1-5, individually and together     :
d/b/a East IPTV,                   :

         Defendants.      :

## <u>CLERK'S ENTRY OF DEFAULT</u>

AND NOW TO WIT THIS 5th day of February, 2020, the Plaintiff Dish Network, L.L.C.

has filed a Request for Entry of Default (D.I. 33).

It appearing from the Request for Entry of Default (D.I. 33), and the Order authorizing the

entry of Default against Defendant Serverlogy Corporation (D.I. 34) that default may be entered.

Therefore, IT IS HEREBY ORDERED, in accordance with Federal Rule of Civil

Procedure 55(a) that a default is hereby **ENTERED** against defendant Serverlogy Corporation.

John A. Cerino, Clerk

By     _n. Selmyer_
        DEPUTY CLERK

## Other Orders/Judgments

1:19-cv-01262-RGA Dish
Network L.L.C. v. Serverlogy
Corporation et al

MEDIATION-CJB

### U.S. District Court

### District of Delaware

## Notice of Electronic Filing

The following transaction was entered on 2/5/2020 at 11:55 AM EST and filed on 2/5/2020

**Case Name:**       Dish Network L.L.C. v. Serverlogy Corporation et al
**Case Number:**     1:19-cv-01262-RGA
**Filer:**
**Document Number:** 34

**Docket Text:**
**ORDER Granting [33] Motion for Entry of Default Against Defendant Serverlogy
Corportaion. Signed by Judge Richard G. Andrews on 2/5/2020. (nms)**

**1:19-cv-01262-RGA Notice has been electronically mailed to:**

Rodger Dallery Smith, II    rdsefiling@mnat.com, rsmith@mnat.com

Michael J. Flynn    mflynn@mnat.com, mjfefiling@mnat.com

**1:19-cv-01262-RGA Filer will deliver document by other means to:**

Serverlogy Corporation
c/o Agents and Corporations, Inc.
1201 Orange Street, Suite 600
One Commerce Center
Wilmington, DE 19801

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1079733196 [Date=2/5/2020] [FileNumber=4108086-0]
[7f8a1d68bdbe356a37a3036a920a6ad3aa3d1c4e1c094b960033fb4c9c7aacf76ecc
f7d16d7881420bf6fc016d5789c457c932f54e7bd67ed23a3c194e9b2afe]]

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

DISH NETWORK L.L.C., )
)
Plaintiff, )
)
v. )
) C.A. No. 19-1262 (RGA) (SRF)
SERVERLOGY CORPORATION and )
DOES 1-5, individually and together )
d/b/a East IPTV, )
Defendants. )

## [PROPOSED] ORDER ENTERING DEFAULT AGAINST DEFENDANT SERVERLOGY CORPORATION

WHEREAS, Defendant Serverlogy Corporation ("Serverlogy"), a Delaware corporation, was served through its registered agent with the summons and original Complaint on July 8, 2019 (D.I. 4; D.I. 1 ¶ 4);

WHEREAS, Serverlogy filed an Answer on August 23, 2019 (D.I. 8);

WHEREAS, the Court granted a motion to withdraw as counsel for Serverlogy on December 20, 2019, requiring Serverlogy to retain new counsel within 30 days, and ordering that Serverlogy's failure to retain new counsel to appear on its behalf within the time prescribed would result in the striking of Serverlogy's Answer (D.I. 8) and entry of default against it (D.I. 30, ¶ 3); and

WHEREAS, Serverlogy failed to retain new counsel to appear on its behalf before the deadline set by the Court;

IT IS HEREBY ORDERED that the Clerk of the Court shall strike the Answer filed by Serverlogy on August 23, 2019 (D.I. 8), and shall enter default against Serverlogy pursuant to Fed. R. Civ. P. 55(a).

Dated: February 5, 2020

JUDGE RICHARD G. ANDREWS
UNITED STATES DISTRICT COURT JUDGE