IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| DISH NETWORK L.L.C., | ) |
| | ) |
| Plaintiff, | ) |
| v. | ) |
| | ) C.A. No. 19-1262 (RGA) |
| SERVERLOGY CORPORATION, | ) |
| AHMAD AL SHAHMAN and DOES 2-5, | ) |
| individually and together d/b/a East IPTV, | ) |
| | ) |
| Defendants. | ) |

## ORDER GRANTING PLAINTIFF DISH NETWORK L.L.C.'S
## MOTION FOR EXTENSION OF DEADLINES IN SHEDULING ORDER

This matter having come before the Court on Plaintiff DISH Network L.L.C.'s Motion for Extension of Deadlines in Scheduling Order. The Court finding good cause, **GRANTS** the Motion and orders as follows:

The deadlines in the Scheduling Order (D.I. 13) are extended as follows:

| Event | New Deadline |
|---|---|
| Close of Fact Discovery | September 10, 2020 |
| Initial Expert Report | July 31, 2020 |
| Rebuttal Expert Report | August 31, 2020 |
| Expert Depositions | September 10, 2020 |
| Dispositive Motions | October 8, 2020 |

Dated: __June 17, 2020_____

/s/ Richard G. Andrews
JUDGE RICHARD G. ANDREWS
UNITED STATES DISTRICT COURT JUDGE