

## Other Orders/Judgments
1:19-cv-01262-RGA Dish Network L.L.C. v. Serverlogy Corporation et al

MEDIATION-CJB



**U.S. District Court**

**District of Delaware**

### Notice of Electronic Filing

The following transaction was entered on 6/17/2020 at 9:49 AM EDT and filed on 6/17/2020
**Case Name:**      Dish Network L.L.C. v. Serverlogy Corporation et al
**Case Number:**    1:19-cv-01262-RGA
**Filer:**
**Document Number:** 45

**Docket Text:**
**ORDER Granting [44] MOTION for Extension of Deadlines in the Scheduling Order (*Reset Deadlines: Fact Discovery completed by 9/10/2020, Dispositive Motions due by 10/8/2020). Signed by Judge Richard G. Andrews on 6/17/2020. (nms)**


**1:19-cv-01262-RGA Notice has been electronically mailed to:**

Rodger Dallery Smith, II      rdsefiling@mnat.com, rsmith@mnat.com

Michael J. Flynn      mflynn@mnat.com, mjfefiling@mnat.com

**1:19-cv-01262-RGA Filer will deliver document by other means to:**

Serverlogy Corporation
c/o Agents and Corporations, Inc.
1201 Orange Street, Suite 600
One Commerce Center
Wilmington, DE 19801

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1079733196 [Date=6/17/2020] [FileNumber=4217346-0
] [7c8044f50d77e135d04477d36dc04d0d2290a4a35293e5da96d24a430bc6656bea4
5decbd81f805f45cbcebb9589b2ed61f6c93e032aa3cda8efef2997d44b71]]

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| DISH NETWORK L.L.C., <br><br> Plaintiff, <br><br> v. <br><br> SERVERLOGY CORPORATION, <br> AHMAD AL SHAHMAN and DOES 2-5, <br> individually and together d/b/a East IPTV, <br><br> Defendants. | ) <br> ) <br> ) <br> ) <br> ) C.A. No. 19-1262 (RGA) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

### ORDER GRANTING PLAINTIFF DISH NETWORK L.L.C.'S
### MOTION FOR EXTENSION OF DEADLINES IN SHEDULING ORDER

This matter having come before the Court on Plaintiff DISH Network L.L.C.'s Motion for Extension of Deadlines in Scheduling Order. The Court finding good cause, **GRANTS** the Motion and orders as follows:

The deadlines in the Scheduling Order (D.I. 13) are extended as follows:

| Event | New Deadline |
|---|---|
| Close of Fact Discovery | September 10, 2020 |
| Initial Expert Report | July 31, 2020 |
| Rebuttal Expert Report | August 31, 2020 |
| Expert Depositions | September 10, 2020 |
| Dispositive Motions | October 8, 2020 |

Dated: June 17, 2020

/s/ Richard G. Andrews
JUDGE RICHARD G. ANDREWS
UNITED STATES DISTRICT COURT JUDGE