IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| DISH NETWORK L.L.C., | ) |
| | ) |
| Plaintiff, | ) |
| v. | ) |
| | ) C.A. No. 19-1262 (RGA) |
| SERVERLOGY CORPORATION, | ) |
| AHMAD AL SHAHMAN and DOES 1-5, | ) |
| individually and together d/b/a East IPTV, | ) |
| | ) |
| Defendants. | ) |

**ORDER GRANTING PLAINTIFF DISH NETWORK L.L.C.'S
MOTION FOR ALTERNATIVE SERVICE AND MOTION FOR
<u>EXTENSION OF TIME TO SERVE AHMAD AL SHAHMAN</u>**

This matter came before the Court on Plaintiff DISH Network L.L.C.'s ("DISH") Motion for Alternative Service and Motion for Extension of Time to Serve Defendant Ahmad Al Shahman ("Shahman"). The Court grants the Motion and orders as follows:

1. DISH has demonstrated that it reasonably attempted to locate and personally serve Shahman, and that because his address is currently unknown, requiring DISH to personally serve Shahman would not be appropriate.

2. DISH has demonstrated that alternative service on Shahman by email and through the Delaware registered agent for co-defendant Serverlogy Corporation is reasonably calculated to apprise Shahman with notice of the case against him.

3. The Court therefore authorizes DISH to serve Shahman by email at the following email addresses:

*ahmad.shm@protonmail.com*

*ahmad@dataname.com*

*billing@hoststore.com*

*ahmad@hoststore.com*

      *info@eastmedia.co*

      *customerservice@eastmedia.co*

      *mike@coxmax.com*

      *eastiptv@gmail.com*

      *w.developing@gmail.com*

      *info@dataname.com*

      *billing@themepure.com*

      *payments@themepure.com*

      *customersupport@serverlogy.com*

      *sales@serverlogy.com*

      *abuse@serverlogy.com*

   4.  The Court further authorizes DISH to serve Shahman through the Delaware registered agent for co-defendant Serverlogy Corporation.

   5.  DISH has demonstrated good cause for a 60-day extension of time to serve process on Shahman.  DISH shall serve Shahman in the manners set forth in this order by July 20, 2020.

Dated: __July 14, 2020_____

              /s/ Richard G. Andrews
              JUDGE RICHARD G. ANDREWS
              UNITED STATES DISTRICT COURT JUDGE