IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| DISH NETWORK L.L.C., | ) |
| Plaintiff, | ) |
| v. | ) C.A. No. 19-1262 (RGA) |
| SERVERLOGY CORPORATION, AHMAD AL SHAHMAN and DOES 2-5, individually and together d/b/a East IPTV, | ) |
| Defendants. | ) |

**PLAINTIFF DISH NETWORK L.L.C.'S PROOF OF SERVICE
OF COMPLAINT ON DEFENDANT AHMAD AL SHAHMAN**

Pursuant to the Order Granting Plaintiff DISH Network L.L.C.'s Motion for Alternative Service (D.I. 47, the "Order"), the undersigned certifies that the Summons, First Amended Complaint, and the Order were emailed to Defendant Ahmad Al Shahman ("Defendant") on July 14, 2020, as shown in Exhibit 1.

The former Delaware registered agent for co-defendant Serverlogy Corporation appears to have "Resigned since 12/11/2019." (*See* D.I. 46.) The Delaware Department of State: Division of Corporations identifies Serverlogy Corporation as having an "UNASSIGNED AGENT," as shown in Exhibit 2. As a result, DISH also served Defendant by serving Serverlogy Corporation with the Summons, First Amended Complaint, and Order through the Delaware Secretary of State on July 17, 2020, as shown in Exhibit 3.

Defendant has therefore been properly served in accordance with the Order.

|  |  |
|---|---|
| OF COUNSEL:<br><br>Stephen M. Ferguson<br>HAGAN NOLL & BOYLE, LLC<br>Two Memorial City Plaza<br>820 Gessner, Suite 940<br>Houston, TX  77024<br>(713) 343-0478<br><br>July 17, 2020 | MORRIS, NICHOLS, ARSHT & TUNNELL LLP<br><br>*/s/ Lucinda C. Cucuzzella*<br>_____<br>Rodger D. Smith II (#3778)<br>Lucinda C. Cucuzzella (#3491)<br>1201 North Market Street<br>P.O. Box 1347<br>Wilmington, DE  19899<br>(302) 658-9200<br>rsmith@mnat.com<br>ccucuzzella@mnat.com<br><br>*Attorneys for Plaintiff DISH Network L.L.C.* |

# EXHIBIT 1

# Stephen Ferguson

| | |
|---|---|
| **From:** | Stephen Ferguson |
| **Sent:** | Tuesday, July 14, 2020 9:03 AM |
| **To:** | 'ahmad.shm@protonmail.com'; 'ahmad@dataname.com'; 'billing@hoststore.com'; 'ahmad@hoststore.com'; 'info@eastmedia.co'; 'customerservice@eastmedia.co'; 'mike@coxmax.com'; 'eastiptv@gmail.com'; 'w.developing@gmail.com'; 'info@dataname.com'; 'billing@themepure.com'; 'payments@themepure.com'; 'customersupport@serverlogy.com'; 'sales@serverlogy.com'; 'abuse@serverlogy.com' |
| **Cc:** | 'Smith, Rodger' |
| **Subject:** | DISH Network L.L.C. v. Ahmad Al Shahman et al.; United States District Court for the District of Delaware, C.A. No. 19-1262 (RGA) |
| **Attachments:** | Court Executed Summons (A. Al Shahman).pdf; Dkt.38 First Amended Complaint.pdf; Dkt.47 - Order Granting Motion for Alternative Service.pdf |

Dear Ahmad Al Shahman,

Please find attached a copy of the summons, first amended complaint, and the Court's order authorizing service of these documents on you by email. Please contact me with any questions.

Best Regards,

Stephen M. Ferguson
Hagan Noll & Boyle LLC
Two Memorial City Plaza
820 Gessner, Suite 940
Houston, TX 77024
713.343.0478 T (ext. 102)
713.758.0146 F
www.hnbllc.com

# EXHIBIT 2



Department of State: Division of Corporations

Allowable Characters

HOME
About Agency
Secretary's Letter
Newsroom
Frequent Questions
Related Links
Contact Us
Office Location

SERVICES
Pay Taxes
File UCC's
Delaware Laws Online
Name Reservation
Entity Search
Status
Validate Certificate
Customer Service Survey

INFORMATION
Corporate Forms
Corporate Fees
UCC Forms and Fees
Taxes
Expedited Services
Service of Process
Registered Agents
GetCorporate Status
Submitting a Request
How to Form a New Business Entity
Certifications, Apostilles & Authentication of Documents

Entity Details

THIS IS NOT A STATEMENT OF GOOD STANDING

| File Number: | 6938792 | Incorporation Date / Formation Date: | 6/19/2018 (mm/dd/yyyy) |
| Entity Name: | SERVERLOGY CORPORATION | | |
| Entity Kind: | Corporation | Entity Type: | General |
| Residency: | Domestic | State: | DELAWARE |

REGISTERED AGENT INFORMATION

| Name: | UNASSIGNED AGENT |
| Address: | |
| City: | County: |
| State: | NullValue | Postal Code: | 95050 |
| Phone: | |

Additional Information is available for a fee. You can retrieve Status for a fee of $10.00 or more detailed information including current franchise tax assessment, current filing history and more for a fee of $20.00.
Would you like ○ Status ○ Status,Tax & History Information

[Submit]

[View Search Results]   [New Entity Search]

For help on a particular field click on the Field Tag to take you to the help area.

# EXHIBIT 3

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
District of Delaware

| | |
|---|---|
| DISH NETWORK L.L.C., | ) |
| | ) |
| | ) |
| *Plaintiff(s)* | ) |
| v. | ) Civil Action No. 19-1262 (RGA) |
| SERVERLOGY CORPORATION, | ) |
| AHMAD AL SHAHMAN and DOES 2-5, | ) |
| individually and together d/b/a East IPTV, | ) |
| | ) |
| *Defendant(s)* | ) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Ahmad Al Shahman

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

    Rodger D. Smith II
    Morris, Nichols, Arsht & Tunnell LLP
    1201 N. Market Street
    P.O. Box 1347
    Wilmington, DE 19899

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: FEB 2 5 2020

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 12/09) Summons in a Civil Action (Page 2)

Civil Action No. 19-1262 (RGA)

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Ahmad Al Shahman
was received by me on *(date)* 7/17/2020 .

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☑ Other *(specify)*: Pursuant to 8 Del. C. §§ 136 and 321, the summons, First Amended Complaint and related papers were served on Ahmad Al Shahman through the Delaware Secretary of State. As per Court order dated July 14, 2020, defendant Ahmad Al Shahman is to be served through Serverlogy Corporation, but no new registered agent has been designated.

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: 7/17/2020

*Larry A. Dugan* (signature)
*Server's signature*

Larry Dugan   Process Server
*Printed name and title*

800 N. King Street, Wilmington, DE 19801
*Server's address*

Additional information regarding attempted service, etc:

# Morris, Nichols, Arsht & Tunnell LLP

1201 North Market Street
P.O. Box 1347
Wilmington, Delaware 19899-1347

———

302 658 9200
302 658 3989 Fax

Lucinda Cucuzzella
(302) 351-9685
ccucuzzella@mnat.com

July 16, 2020

Delaware Division of Corporations                     *VIA HAND DELIVERY*
Service of Process Department
Delaware Secretary of State
John G. Townsend Building
401 Federal Street, Suite 4
Dover, DE 19901

     Re:    Service of Process
              *DISH Network L.L.C. v. Serverlogy Corporation, et al.,*
             C.A. No. 19-1262 (RGA) (District of Delaware)

Dear Sir / Madam:

        Pursuant to 8 Del. C. §§ 136 and 321, enclosed are the summons, First Amended Complaint, and related papers filed in the United States District Court for the District of Delaware, together with a check for $50. As per Court order dated July 14, 2020, defendant Ahmad Al Shahman is to be served through the Delaware registered agent for co-defendant Serverlogy Corporation. However, Agents and Corporations, Inc. resigned as Serverlogy's registered agent as of December 26, 2019, and no new registered agent has been designated.

        We request that you notify Ahmad Al Shahman through Serverlogy Corporation, Delaware Corporate file # 6938792, of this service of process, together with a copy of the enclosed papers, pursuant to 8 Del. C. § 321(b).

                                                        Respectfully,

                                                        */s/ Lucinda C. Cucuzzella*

                                                        Lucinda C. Cucuzzella (#3491)

LCC/rah
Enclosures

# CERTIFICATE OF SERVICE

I hereby certify that on July 17, 2020, I caused the foregoing to be electronically filed with the Clerk of the Court using CM/ECF, which will send notification of such filing to all registered participants.

I further certify that I caused copies of the foregoing document to be served on July 17, 2020, upon the following in the manner indicated:

Severlogy Corporation                                               *VIA ELECTRONIC MAIL*
c/o Ahmad Al Shahman
*ahmad.shm@protonmail.com*

Ahmad Al Shahman                                                  *VIA ELECTRONIC MAIL*
*ahmad.shm@protonmail.com*
*ahmad@dataname.com*
*billing@hoststore.com*
*ahmad@hoststore.com*
*info@eastmedia.co*
*customerservice@eastmedia.co*
*mike@coxmax.com*
*eastiptv@gmail.com*
*w.developing@gmail.com*
*info@dataname.com*
*billing@themepure.com*
*payments@themepure.com*
*customersupport@serverlogy.com*
*sales@serverlogy.com*
*abuse@serverlogy.com*

                                                                      */s/ Lucinda C. Cucuzzella*

                                                                      Lucinda C. Cucuzzella (#3491)